```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00984-RNO
Dean T Foust                                                        Chapter 7
Laurie Jean Foust
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke           Page 1 of 1           Date Rcvd: Mar 16, 2020
                             Form ID: 309A             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db/jdb        +Dean T Foust,    Laurie Jean Foust,    239 Hidlay Church Road,    Bloomsburg, PA 17815-6949
tr            +Robert P. Sheils, Jr (Trustee),    Sheils Law Associates, PC,    108 North Abington Road,
                Clarks Summit, PA 18411-2505
5312653        Geisinger,    PO Box 983148,    Boston, MA 02298-3148
5312654       +KML Law Group,    Suite 5000 BNY Mellon,    Independ Center 701 Market St,
                Philadelphia, PA 19106-1538
5312659       +PP&L Electric Utilities,    2 North Ninth Street CPC-GENN1,    Allentown, PA 18101-1139
5312657        Penn Credit,    Attention Bankruptcy,    2800 Commerce Dr PO Box 69703,
                Harrisburg, PA 17106-9703
5312658       +Philadelphia FCU,    Attn: Bankruptcy,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
5312660        Prothonotary's Office,    Columbia County Courthouse,    PO Box 380,    Bloomsburg, PA 17815-0380
5312661       +Scott Township Sewer Authority,    350 Tenny Street,    Bloomsburg, PA 17815-3251
5312663       +Susquehanna Surgery Center,    6850 Lowe Rd,    Bloomsburg, PA 17815-8795
5312664        Susquehanna Valley Diagnostics,    6850 Lows Rd Suite 317,    Bloomsburg, PA 17815-8708
5312665       +Susquehanna Valley Medical,    Specialties,    6850 Lows Rd,    Bloomsburg, PA 17815-8795
5312666       +Torres Credit Serv,    27 Fairview PO Box 189,    Carlisle, PA 17013-0189
5312667       +UGI Utilities Inc,    Attn: Remittance Processing,    PO Box 15503,    Wilmington, DE 19850-5503
5312669       +US Bank Nat Ass Trustee,    for the Holders of the CIM,    3217 S Decker Lake Drive,
                Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: beatricelaw@aol.com Mar 16 2020 18:58:29      James Beatrice,    PO Box 70,
                Hughesville, PA  17737
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Mar 16 2020 18:58:38      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5312652       +EDI: CAPIO.COM Mar 16 2020 23:03:00      Capio Partners Llc,    Attn: Bankruptcy,    Po Box 3498,
                Sherman, TX 75091-3498
5312655        E-mail/Text: camanagement@mtb.com Mar 16 2020 18:58:35      M&T Credit Services,
                Attn: Bankruptcy,    Po Box 1288,    Buffalo, NY 14240
5312656       +EDI: AGFINANCE.COM Mar 16 2020 23:03:00      OneMain Financial,    Attn: Bankruptcy,
                Po Box 3251,    Evansville, IN 47731-3251
5312662        E-mail/Text: jennifer.chacon@spservicing.com Mar 16 2020 18:58:49
                Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
5312668        E-mail/Text: bkrcy@ugi.com Mar 16 2020 18:58:44      UGI Utilities Inc.,    PO Box 13009,
                Reading, PA 19612-3009
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              James  Beatrice    on behalf of Debtor 2 Laurie Jean Foust beatricelaw@aol.com
              James  Beatrice    on behalf of Debtor 1 Dean T Foust beatricelaw@aol.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Dean T Foust**<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2240<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Laurie Jean Foust**<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3233<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7    3/13/20 |
| Case number: | 5:20-bk-00984-RNO | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Dean T Foust | Laurie Jean Foust |
| 2. | **All other names used in the last 8 years** | aka Dean Foust | aka Laurie J Foust |
| 3. | **Address** | 239 Hidlay Church Road<br>Bloomsburg, PA 17815 | 239 Hidlay Church Road<br>Bloomsburg, PA 17815 |
| 4. | **Debtor's attorney**<br>Name and address | James Beatrice<br>PO Box 70<br>Hughesville, PA 17737 | Contact phone 570–546–2050<br>Email: beatricelaw@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert P. Sheils, Jr (Trustee)<br>Sheils Law Associates, PC<br>108 North Abington Road<br>Clarks Summit, PA 18411 | Contact phone 570 587–2600<br>Email: rsheils@sheilslaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

**Receiving Court Issued Orders and Notices by E-Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes-Barre, PA 18701 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831-2500  Date: 3/16/20 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 24, 2020 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location:  **Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes-Barre, PA 18701** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/23/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |