```
                                     United States Bankruptcy Court
                                      Middle District of Pennsylvania
In re:                                                                                  Case No. 20-00984-RNO
Dean T Foust                                                                            Chapter 7
Laurie Jean Foust
         Debtors                               CERTIFICATE OF NOTICE
District/off: 0314-5            User: AutoDocke                  Page 1 of 1                  Date Rcvd: Apr 15, 2020
                                Form ID: ntcovid                 Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db/jdb         +Dean T Foust,    Laurie Jean Foust,    239 Hidlay Church Road,    Bloomsburg, PA 17815-6949
5312653         Geisinger,    PO Box 983148,    Boston, MA 02298-3148
5312654        +KML Law Group,    Suite 5000 BNY Mellon,    Independ Center 701 Market St,
                 Philadelphia, PA 19106-1538
5312659        +PP&L Electric Utilities,    2 North Ninth Street CPC-GENN1,    Allentown, PA 18101-1139
5312657         Penn Credit,    Attention Bankruptcy,    2800 Commerce Dr PO Box 69703,
                 Harrisburg, PA 17106-9703
5312658        +Philadelphia FCU,    Attn: Bankruptcy,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
5312660         Prothonotary's Office,    Columbia County Courthouse,    PO Box 380,    Bloomsburg, PA 17815-0380
5312661        +Scott Township Sewer Authority,    350 Tenny Street,    Bloomsburg, PA 17815-3251
5312663        +Susquehanna Surgery Center,    6850 Lowe Rd,    Bloomsburg, PA 17815-8795
5312664         Susquehanna Valley Diagnostics,    6850 Lows Rd Suite 317,    Bloomsburg, PA 17815-8708
5312665        +Susquehanna Valley Medical,    Specialties,    6850 Lows Rd,    Bloomsburg, PA 17815-8795
5312666        +Torres Credit Serv,    27 Fairview PO Box 189,    Carlisle, PA 17013-0189
5312667        +UGI Utilities Inc,    Attn: Remittance Processing,    PO Box 15503,    Wilmington, DE 19850-5503
5312669        +US Bank Nat Ass Trustee,    for the Holders of the CIM,    3217 S Decker Lake Drive,
                 Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5312652        +E-mail/Text: bnc-capio@quantum3group.com Apr 15 2020 19:44:41      Capio Partners Llc,
                 Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
5312655         E-mail/Text: camanagement@mtb.com Apr 15 2020 19:44:25      M&T Credit Services,
                 Attn: Bankruptcy,    Po Box 1288,    Buffalo, NY 14240
5312656        +E-mail/PDF: cbp@onemainfinancial.com Apr 15 2020 19:49:27      OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5312662         E-mail/Text: jennifer.chacon@spservicing.com Apr 15 2020 19:45:13
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
5312668         E-mail/Text: bkrcy@ugi.com Apr 15 2020 19:45:06      UGI Utilities Inc.,    PO Box 13009,
                 Reading, PA 19612-3009
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              James   Beatrice    on behalf of Debtor 2 Laurie Jean Foust beatricelaw@aol.com
              James   Beatrice    on behalf of Debtor 1 Dean T Foust beatricelaw@aol.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4
               bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Dean T Foust, <br> aka Dean Foust, <br><br> **Debtor 1** <br><br> Laurie Jean Foust, <br> aka Laurie J Foust, <br><br> **Debtor 2** | Chapter     7 <br><br> Case No.     5:20–bk–00984–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: April 24, 2020 <br><br> Time: 09:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 15, 2020 |

ntcovid (04/18)

# CALL−IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
**(Effective March 30, 2020)**

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in−person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |